# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00195-CV

**Harry E. Bundy, Jr., Appellant**

**v.**

**Green Creek Nursery, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 3 OF BELL COUNTY
### NO. 45,327, HONORABLE GERALD M. BROWN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The brief of appellant Harry E. Bundy, Jr., was due June 18, 2003. On July 25, 2003, appellant was notified that his brief was late and informed that he had ten days to explain his failure to file a brief or the appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1). To date, we have not received an explanation or a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b)

Jan P. Patterson, Justice

Before Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed for Want of Prosecution

Filed: October 2, 2003